# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FREDERICK ROBINSON                                                       PLAINTIFF

V.                              NO. 4:12CV00563 JTR

CAROLYN W. COLVIN,                                                       DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. #15*. The Commissioner has filed a Response. *Doc. #17*.

Plaintiff's attorney, Todd Gray Cockrill, requests a total payment of $6,364.76 consisting of: (1) .85 hours of attorney work in 2012 at the adjusted hourly rate of $178.75 ($1,519.38); and (2) 26.55 hours of attorney work in 2013 at the adjusted hourly rate of $182.50 ($4,845.38). The Commissioner does not object to the requested amount of fees.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to EAJA, *Doc. #15*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $6,364.76 in attorney's

---

[1] On December 11, 2013, the Court entered a Memorandum Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. #13, #14*.

fees under the EAJA. Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.

DATED this 6th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE